UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

## INDICTMENT FOR WIRE FRAUD, AGGRAVATED IDENTITY THEFT, MISAPPROPRIATION OF POSTAL FUNDS, AND FORFEITURE ALLEGATION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 15-18-BAJ-SCR |
| | : | |
| *versus* | : | 18 U.S.C. § 1343 |
| | : | 18 U.S.C. § 1028A(a)(1) |
| LARONDA D. MOORE | : | 18 U.S.C. § 1711 |
| | : | 18 U.S.C. § 981 |
| | : | 28 U.S.C. § 2461 |

**THE GRAND JURY CHARGES:**

**COUNTS ONE THROUGH FOUR**
(WIRE FRAUD)

At all times relevant to the Indictment:

1. **LARONDA D. MOORE ("MOORE"),** defendant herein, was a United States Postal Service employee at the Sunshine Post Office in St. Gabriel, Louisiana.

2. As a United States Postal Service Employee, **MOORE** was responsible for processing and distributing mail and maintaining accountability for and selling Postal Service retail products. In this role, she regularly received cash and handled mail.

THE SCHEME

3. From on or about June 1, 2014, to on or about June 30, 2014, **LARONDA D. MOORE,** defendant herein, devised and intended to devise a scheme to defraud Synchrony Bank, and to obtain money and property of Synchrony Bank by means of materially false and fraudulent pretenses, representations, and promises, and, for the purpose of executing the

scheme and artifice, did knowingly cause to be used interstate wire communication between the Middle District of Louisiana and the State of Ohio.

## MANNER AND MEANS

4. The scheme was executed in the following manner:

   a. Through her employment with the United States Postal Service, **MOORE** obtained the names and personal identifying information, including social security numbers, of individuals ("identity theft victims") without their knowledge or consent.

   b. Using the names and personal identifying information that she had fraudulently obtained, and without the knowledge and consent of the identity theft victims, **MOORE** submitted electronic credit applications to Synchrony Bank via the internet.

   c. By submitting the electronic credit applications via the internet, **MOORE** caused wire transmissions from her residence in Zachary, Louisiana, to Synchrony Bank in Kettering, Ohio.

   d. **MOORE** then used these fraudulently obtained credit card accounts for her own personal use and benefit, including but not limited to the purchase of Bose speakers, jewelry, a car cover, Nike brand tennis shoes, and Polo by Ralph Lauren brand clothing.

## THE WIRINGS

5. On or about the dates specified below, in the Middle District of Louisiana, for the purpose of executing the above described scheme to defraud Synchrony Bank and obtain money by materially false and fraudulent pretenses and representations, **LARONDA D.**

MOORE, defendant herein, did knowingly cause to be transmitted by means of wire communications in interstate commerce, certain writings, signs, signals, pictures and sounds, namely credit card applications in the names of third parties, between Zachary, Louisiana, and Kettering, Ohio, with each transmission constituting a separate count:

| Count | Wiring Date | Victim | Credit Application |
|---|---|---|---|
| One | 6/14/14 | K.S. | Dillard's Credit Card Account No. 6045872133870242 |
| Two | 6/14/14 | K.S. | JC Penney Credit Card Account No. 6008895920916565 |
| Three | 6/15/14 | L.W. | Dillard's Credit Card Account No. 374354401280879 |
| Four | 6/15/14 | L.W. | PayPal |

Each of the above is a violation of Title 18, United States Code, Section 1343.

## COUNT FIVE
(AGGRAVATED IDENTITY THEFT)

6. Paragraphs 1 through 5 are re-alleged and incorporated herein as factual allegations.

7. On or about June 14, 2014, in the Middle District of Louisiana, **LARONDA D. MOORE**, defendant herein, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is, the name and social security number of K.S., XXX-XX-6618, during and in relation to wire fraud as charged in Counts One and Two of this Indictment, in violation of Title 18, United States Code, Section 1343.

The above is a violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT SIX
(AGGRAVATED IDENTITY THEFT)

8. Paragraphs 1 through 5 are re-alleged and incorporated herein as factual allegations.

9. On or about June 15, 2014, in the Middle District of Louisiana, **LARONDA D. MOORE**, defendant herein, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is the name and social security number of L.W., XXX-XX-8198, during and in relation to wire fraud as charged in Counts Three and Four of this Indictment, in violation of Title 18, United States Code, Section 1343.

The above is a violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT SEVEN
(MISAPPROPRIATION OF POSTAL FUNDS)

10. Paragraphs 1 and 2 are re-alleged and incorporated herein.

11. Between on or about June 1, 2014, to on or about June 30, 2014, **MOORE**, in the execution of her service as a United States Postal Service employee, sold fifty-eight (58) Postal Service money orders that she did not report. She also failed to deposit the cash she received from the sale of these money orders.

12. From on or about June 1, 2014, and continuing until on or about June 30, 2014, in the Middle District of Louisiana, **LARONDA D. MOORE,** defendant herein, did convert to her own use, in a manner not authorized by law, money and funds totaling approximately $7,776.56, which came into her possession and under her control in the execution of her service as a United States Postal Service employee.

The above is a violation of Title 18, United States Code, Section 1711.

## FORFEITURE ALLEGATION

13. Upon conviction of any of the wire fraud offenses set forth in Counts One, Two, Three, and Four of this Indictment, **LARONDA D. MOORE**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c) and Title

28, United States Code, Section 2461(c), any property, real and personal, that constitutes or is derived from proceeds that she obtained directly or indirectly as the result of such violations.

14. If any of the above described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), to seek Forfeiture money judgment up to the value of the forfeitable property described above.

UNITED STATES OF AMERICA, BY

_____
J. WALTER GREEN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
JAMIE A. FLOWERS, JR.
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

_____
GRAND JURY FOREPERSON

Feb. 2, 2015
_____
DATE

**Criminal Cover Sheet**    **U.S. District Court**

**Place of Offense:**                    Matter to be sealed:  ☒ No   ☐ Yes

City       **Baton Rouge**              Related Case Information:

County/Parish  **East Baton Rouge**     Superseding Indictment _____ Docket Number _____
                                         Same Defendant _____        New Defendant _____
*Investigating Agency  **USPS**          Magistrate Case Number _____
*Agent  **Brandon Tullier**              Search Warrant Case No. _____
                                         R 20/ R 40 from District of _____
                                         Any Other Related Cases: _____

**Defendant Information:**

Defendant Name   **LaRonda D. Moore**
Alias
Address
Birthdate              SS #           Sex         Race         Nationality

**U.S. Attorney Information:**

AUSA    **Jamie A. Flowers, Jr.**       Bar #   **GABRN 940394**

Interpreter:  ☒ No  ☐ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date   _____
_____   Already in Federal Custody as of
_____   Already in State Custody
_____   On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    __7__

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:1343 | Wire Fraud | 1-4 | F |
| 18:1028A(a)(1) | Aggravated Identity Theft | 5-6 | F |
| 18:1711 | Misappropriation of Postal Funds | 7 | F |

(May be continued on second sheet)

Date:  __2-5-15__         Signature of AUSA: _JCD / on behalf of AUSA Flowers_

**District Court Case Number (To be filled in by deputy clerk):** _____